IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL NO.  08-00206-CG** |
| **v.** | ) | |
| | ) | |
| **TARAS LAFRANCE EDWARDS** | ) | |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Superseding Indictment in the above-entitled case, the United States sought forfeiture of property which represented drug proceeds, and/or property used to facilitate drug transactions of defendant Taras Lafrance Edwards, pursuant to Title 21, United States Code, Section 853;

AND WHEREAS, the defendant was found guilty on October 15, 2008, as to Counts One and Three of the Superseding Indictment, and for the reasons stated, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that pursuant to Title 21, United States Code, Sections 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), the interests of defendant Taras Lafrance Edwards is hereby condemned and forfeited to the United States for disposition according to law in the property identified as follows:

(1)  Nineteen Thousand Three Hundred Sixty-Seven Dollars ($19,367.00)  in United States currency seized from the defendant's residence on February 25, 2008;

(2)  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at: 165 Watermelon Road, Lisman, Alabama, more particularly described as follows:

Commencing at the southeast corner of the Northwest 1/4 of Northwest 1/4, Section 27, Township 15 north, range 4 west, Choctaw County, Alabama; thence run North, 15 feet to the North side of a public road; thence run south 87 degrees

      40 West along said North side of said public road 210 feet to the point of beginning.  Thence North 04 degrees 20' West 420 feet thence South 57 degrees 40 West 105 feet; thence South 04 degrees 20; East 420 feet to the North side of said public road; thence North 87 degrees 40 East along the North side of said public road 105 feet to the point of beginning.  Containing 1 acre, more or less.

      (3)  One 2005 GMC Envoy, VIN: 1GKES12S256194429

      (4)  One 2004 Buick Park Avenue, VIN: 1G4CU541644114452

AND WHEREAS, by virtue of the jury's findings, the United States is now entitled to, and should, pending possible appeal herein, reduce the said property to its possession and notify any and all potential third parties who have or may have an interest in the forfeited property, pursuant to Title 21, United States Code, Section 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Now therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That based on the jury's findings, and Fed.R.Crim.P 32.2(b)(4), and pursuant to the jury's findings, all right, title and interest of defendant Taras Lafrance Edwards  in the above-described property is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 21, United States Code, Section 853(n).

Pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of

perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third-party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward seven (7) certified copies of this Order to Assistant U.S. Attorney George F. May, U.S. Attorney's Office, Southern District of Alabama.

**DONE** and **ORDERED** this 7th day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE