IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL CASE 08-00206-CG |
| | ) | |
| TARAS LAFRANCE EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter came on for a hearing on defense counsel's motion for court ordered psychiatric examination (Doc. 62), and the Government's response in objection (Doc. 66). The hearing was attended by Assistant U. S. Attorney George F. May, appointed defense counsel Andrew M. Jones, and the defendant, Taras LaFrance Edwards.[1]

After considering the arguments of counsel and the statement, not under oath, of the defendant's mother, Sarah Edwards, the court finds that the information gives the court reason to question the competency of the defendant to proceed to sentencing. Because the defendant would not consent to sign a release for any medical or psychological records, the court hereby **ORDERS** the personnel, employees or representatives of West Alabama Mental Health Center and the Cahaba Center for Mental Health to produce any medical records that they may have generated concerning Mr. Taras LaFrance Edwards' mental condition so that this court can determine whether further evaluation or treatment is appropriate. Said records are to be mailed to the Probation Office to the attention of Probation Officer Kevin M. Nelson at 201 St. Michael

---

[1] At the hearing the defendant orally moved to have another attorney appointed on his behalf. The court has considered the requests and denies it. Mr. Jones shall represent the defendant through sentencing. If Mr. Edwards wishes to appeal, new counsel will be appointed to pursue the appeal.

Street, Mobile, Alabama 36602.  Mr. Nelson is to advise the court upon receipt of any subpoenaed material.

The clerk of court is directed to issue subpoenas duces tecum to West Alabama Mental Health Center and the Cahaba Center for Mental Health for the specified records, to be delivered to the Probation Office no later than two weeks after service, and the United States Marshal is **ORDERED** to serve the subpoenas with all due diligence, and make due return hereof according to law.

**DONE** and **ORDERED** this 9th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE