IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. 08-00206-CG** |
| | * | |
| **TARAS LAFRANCE EDWARDS** | * | |

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, on October 15, 2008, the Defendant, Taras LaFrance Edwards, was found guilty and convicted of Counts One and Three of the Superceding Indictment by the United States Attorney, charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1), and felon in possession of a firearm, in violation of Title 18, U.S.C. §922(g)(1).

After a hearing before the jury regarding the forfeiture, the jury found that the United States had established the requisite nexis between the property and the offense committed by the defendant pursuant to Federal Rule of Criminal Procedure 32.2(b)(4). The specific property the jury found to be forfeitable is as follows:

(1)  **Nineteen Thousand Three Hundred Sixty-Seven Dollars ($19,367.00) in United States currency seized from the defendant's residence on February 25, 2008;**

(2)  **All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at: 165 Watermelon Road, Lisman, Alabama, more particularly described as follows:**

> **Commencing at the southeast corner of the Northwest 1/4 of Northwest 1/4, Section 27, Township 15 north, range 4 west, Choctaw County, Alabama; thence run North, 15 feet to the North side of a public road; thence run south 87 degrees 40 West along said North side of said public road 210 feet to the point of beginning.  Thence North 04 degrees 20' West 420 feet thence South 57 degrees 40 West 105 feet; thence South 04**

**degrees 20; East 420 feet to the North side of said public road; thence North 87 degrees 40 East along the North side of said public road 105 feet to the point of beginning.  Containing 1 acre, more or less;**

**(3)  One 2005 GMC Envoy, VIN #: 1GKES12S256194429;**

**(4)  One 2004 Buick Park Avenue, VIN #: 1G4CU541644114452.**

A Preliminary Order of Forfeiture was entered by the Court (Doc. 60) based on the jury's findings and Fed.R.Crim.P. 32.2(b)(4), and the Court ordered that all right, title and interest of defendant Taras LaFrance Edwards in the above-described property was forfeited to and vested in the United States of America for disposition according to law, subject to the publication and ancillary hearing provisions of Title 21, U.S.C. §853(n).

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting February 6, 2009, on www.forfeiture.gov,   A Proof of Publication was filed on March 9, 2009, specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the following property is forfeited to the United States:

**(1)  Nineteen Thousand Three Hundred Sixty-Seven Dollars ($19,367.00) in United States currency seized from the defendant's residence on February 25, 2008;**

**(2)  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at: 165 Watermelon Road, Lisman, Alabama, more particularly described as follows:**

**Commencing at the southeast corner of the Northwest 1/4 of Northwest**

**1/4, Section 27, Township 15 north, range 4 west, Choctaw County, Alabama; thence run North, 15 feet to the North side of a public road; thence run south 87 degrees 40 West along said North side of said public road 210 feet to the point of beginning. Thence North 04 degrees 20' West 420 feet thence South 57 degrees 40 West 105 feet; thence South 04 degrees 20; East 420 feet to the North side of said public road; thence North 87 degrees 40 East along the North side of said public road 105 feet to the point of beginning. Containing 1 acre, more or less;**

**(3) One 2005 GMC Envoy, VIN #: 1GKES12S256194429;**

**(4) One 2004 Buick Park Avenue, VIN #: 1G4CU541644114452**; and,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest in all the above property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward six (6) certified copies of this Order to Assistant United States Attorney George F. May.

DONE and ORDERED this 14th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

3