# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 08-00206-CG** |
| | * | |
| **TARAS LAFRANCE EDWARDS** | * | |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby

**ORDERED, ADJUDGED**, and **DECREED** that the following asset is dismissed from the forfeiture count of the Indictment and the Final Judgment of Forfeiture in this cause against

**TARAS LAFRANCE EDWARDS**:

**(2)  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at: 165 Watermelon Road, Lisman, Alabama, more particularly described as follows:**

**Commencing at the southeast corner of the Northwest 1/4 of Northwest 1/4, Section 27, Township 15 north, range 4 west, Choctaw County, Alabama; thence run North, 15 feet to the North side of a public road; thence run south 87 degrees 40 West along said North side of said pblic road 210 feet to the point of beginning.  Thence North 04 degrees 20' W(b)est 420 feet thence South 57 degrees 40 West 105 feet; thence South 04 degrees 20; East 420 feet to the North side of said public road; thence North 87 degrees 40 East along the North side of said public road 105 feet to the point of beginning.  Containing 1 acre, more or less;**

**DONE** and **ORDERED** this 9th of July, 2009.

/s/ Callie V. S. Granade  
CHIEF UNITED STATES DISTRICT JUDGE