IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-00206-CG-N |
| | ) | (Civil Action No. 09-00717-CG) |
| TARAS LaFRANCE EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 9, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 29th day of August, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE