# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CRIMINAL NO. 08-00206-CG-N |
| ) | (Civil Action No. 09-00717-CG) |
| TARAS LAFRANCE EDWARDS, ) | |
| ) | |
| Defendant.    ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be and is hereby **DENIED** and **DISMISSED with prejudice**. Petitioner is not entitled to a certificate of appealability or the right to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 29th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE