IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TARAS LaFRANCE EDWARD, <br> BOP Reg. # 10378-003, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| vs. | ) <br> ) | CIVIL ACTION 17-0301-CG <br> CRIMINAL NO. 08-00206-CG-N |
| UNITED STATES OF AMERICA, | ) <br> ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that Edwards' Second § 2255 Motion is **DISMISSED without prejudice** for lack of jurisdiction as an unauthorized, second or successive motion. It is further **ORDERED** that the Second § 2255 Motion is also construed to be a motion for relief under Federal Rules of Civil Procedure 60(b)(6) and that, so construed, is **DISMISSED in part** for lack of jurisdiction as a second and successive § 2255 motion and **DENIED in part** as both untimely and without merit.

The Court further finds that Edwards is not entitled to a Certificate of Appealability, and certifies that any appeal by Edward would not be taken in good faith, thus preventing him from proceeding in forma pauperis on appeal.

**DONE and ORDERED** this 12th day of September, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE