# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| TARAS LAFRANCE EDWARDS | ) | Case No: | 08-00206-001-CG |
| | ) | USM No: | 10378-003 |
| Date of Original Judgment: February 12, 2009 | ) | | |
| Date of Previous Amended Judgment: | ) | Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____300_____ months **is reduced to** 240 months on Count One .

Except as otherwise provided, all provisions of the judgment dated February 12, 2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 12, 2018          /s/ Callie V. S. Granade
                                                      *Judge's signature*

Effective Date: _____          Senior United States District Judge
              *(if different from order date)*          *Printed name and title*